```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )     1:03-cr-5018 REC
                               )
    v.                         )     NEW CASE NUMBER:
                               )
EDDIE RAY LOVIES,              )     1:03-cr-5018 OWW
                               )
            Defendant          )     ORDER REASSIGNING CASE AND
_____)     DIRECTING SELECTION FROM "REC
                                     CRIMINAL CASE" DECK
```

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

IT IS FURTHER ORDERED that the reassignment be made from the "REC CRIMINAL CASE" deck.

Dated: July 15, 2005                /s/ OLIVER W. WANGER

                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1